# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV08-00271DAE-KSC |
| CASE NAME: | Dale Marczak v. Club FNU, Inc. dba Club Femme Nu |
| ATTYS FOR PLA: | Lunsford Phillips |
| ATTYS FOR DEFT: | Bruce Lamon |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 9/11/2008 | TIME: | 9:15-9:20am |

COURT ACTION:  EP: Rule 16 Scheduling Conference.  Counsel inform the court that an agreement has been reached between the parties.  Mr. Phillips will send over a settlement package to Mr. Lamon.

The court will set a deadline of 10/10/08 to submit the Dismissal.

Submitted by: Shari Afuso, Courtroom Manager