GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BRUCE L. LAMON           2738-0
   blamon@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant,
CLUB FNU, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALE MARCZAK<br><br>Plaintiff<br><br>vs.<br><br>CLUB FNU, INC. doing business as CLUB FEMME NU ,<br><br>Defendant | CIVIL NO. CV 08-00271 DAE-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER<br><br>Trial Date : None |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between parties, through their respective counsel, that the above-entitled action, including all claims filed therein, be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

2317155.1

There are no remaining parties and/or issues.

This Stipulation is submitted pursuant to Rule (41)(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties hereto.

DATED: Honolulu, Hawaii, October 11, 2008.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
DALE MARCZAK

DATED: Honolulu, Hawaii, October 6, 2008.

_____
BRUCE L. LAMON
Attorneys for Defendant
CLUB FNU, INC.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

*DALE MARCZAK v. CLUB FNU, INC.*, Civil No. 08-00271 DAE-KSC, U.S. District Court of Hawaii; Stipulation for Dismissal with Prejudice of All Claims and All Parties; Order